UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

                   Plaintiff,

-against-

SOCIAL SECURITY ADMINISTRATION;
FRANK BISIGNANO-COMMISSIONER
OF THE SOCIAL SECURITY
ADMINISTRATION,

                   Defendants.

25-CV-7988 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action under 42 U.S.C. § 405(g), in connection with an application for social security disability benefits. The Court dismisses the complaint for the following reasons.

    "Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." *Adams v. Calif. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008) (internal quotation marks omitted). District courts thus have discretion to dismiss a later-filed action that is duplicative of proceedings already before it. *Id.*; *see also Humphrey v. Ct. Clerk ex rel. U.S. Sup. Ct.*, No. 5:11-CV-0938, 2012 WL 264603, at *3 (N.D.N.Y. Jan. 30, 2012) (holding that "dismissal of an action as duplicative has been found to fall within the ambit of the Court's power to dismiss a complaint . . . pursuant to 28 U.S.C. § 1915(e)").

    Plaintiff has previously submitted to this court the identical complaint, and it is presently pending before Judge Andrew L. Carter, Jr. of this court under docket number ECF 25-CV-7751 (ALC). As this complaint raises the same claims, no useful purpose would be served by litigating

this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-7751.[1]

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of No. 25-CV-7751 (ALC).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment dismissing this case without prejudice.

SO ORDERED.

Dated:  September 26, 2025
         New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge

---

[1] Plaintiff did not file an IFP application or pay the fees to bring this action. Because the Court is dismissing this action without prejudice, it did not direct Plaintiff to cure this deficiency.