UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEHRA WAHEED,<br><br>       Plaintiff,<br><br> -against-<br><br>SOCIAL SECURITY ADMINISTRATION;<br>FRANK BISIGNANO-COMMISSIONER OF<br>THE SOCIAL SECURITY<br>ADMINISTRATION,<br><br>       Defendants. | 25cv7988 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 26, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment is entered dismissing this case without prejudice.

SO ORDERED.

Dated: September 30, 2025
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge